UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:

Araceli Gallegos
Roberto J Gallegos

Debtor(s)

Case No.: 07 B 16512

Chapter: 13

Judge Bruce W. Black

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Glenn B. Stearns, Chapter 13 Trustee, 4343 Commerce Court, Suite 120, Lisle, IL 60532
Araceli Gallegos, Roberto J Gallegos , Debtor(s), 20451 Spirea Lane, Crest Hill, IL 60403
Michael A. Miller, Attorney for Debtor(s), 20 South Clark Street, 28th Floor, Chicago, IL 60603

You are hereby notified that JPMC SPECIALY MORTGAGE LLC has made post-petition advances of $50.00 in relation to the mortgage it services and these amounts have been added to the note and mortgage obligation pursuant to the terms of the note and mortgage.

You are hereby notified that debtor(s) is(are) due to JPMC SPECIALY MORTGAGE LLC for the contractual mortgage payment due 04/01/09. Debtor owes for the 04/01/09 through 05/17/10 post-petition mortgage payments, with the 06/01/10 coming due. The current mortgage payment amount due each month is $1,467.77. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 08/15/10, JPMC SPECIALY MORTGAGE LLC's rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above via ecf notice to Trustee and Debtor's Attorney on July 16, 2010 and by causing same to be mailed in a properly addressed envelope, postage prepaid, to Debtor from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on July 19, 2010.

/s/ Joel P. Fonferko
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100

Burr Ridge, IL 60527
 (630) 794-5300
**C&A FILE ( 14-09-11415)**

 NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Case 07-16512   Doc 54   Filed 07/16/10   Entered 07/16/10 17:19:13   Desc Main
Document   Page 2 of 2

Burr Ridge, IL 60527
 (630) 794-5300
**C&A FILE ( 14-09-11415)**